

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2015

No. 04-15-00320-CV

Jonathan **SHURBERG** as Personal Representative of the Estate of Rebecca Lord, Individually
and Derivatively on Behalf of La Salle Industries, a Limited Partnership,
Appellant

v.

**LA SALLE INDUSTRIES LIMITED**, Roy G. Martin Jr. Property Management, Inc., Roy
Martin, Elizabeth Martin, Jennifer Lord, Brenda Lord, Kent Lord, Janie Martin, Mark Martin,
Thomas L. Martin, and Jill Martin,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00154-CVL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's brief was due August 14, 2015. Neither the brief nor a motion for extension
of time was filed. We therefore **ORDER** appellant to file in this court **on or before August 31,
2015**, his appellant's brief and a written response reasonably explaining his failure to timely file
the brief. If appellant fails to file a brief and the written response by the date ordered, we will
dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 20th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court